[No. 42967-1-I.     Division One.     August 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EZQUIEL
HERNANDEZ-MARQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-01896-4, Anthony P. Wartnik, J., entered
June 29, 1998. *Reversed* by unpublished per curiam
opinion.

[No. 43052-1-I.     Division One.     August 2, 1999.]

LAVINA LONGSTAFF, *Appellant*, v. JACK L. HARMON, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-20029-1, Donald D. Haley, J., entered June
26, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43169-2-I.     Division One.     August 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LLOYD EUGENE
MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-04700-0, Harriett M. Cody, J., entered
August 10, 1998. *Affirmed* by unpublished per curiam
opinion.

[No. 43275-3-I.     Division One.     August 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
NEWSOME, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-04248-2, Steven G. Scott, J., entered
September 2, 1998. *Affirmed* by unpublished per curiam
opinion.